# DECLARATION OF MILINDA PRICE-SAVANNAH

Milinda Price-Savannah, pursuant to 28 U.S.C. § 1746, and subject to the penalties of perjury declares as follows:

1. My name is Milinda Price-Savannah. I am more than twenty-one years of age, competent to testify, and have no legal or mental disability and have personal knowledge of the facts stated herein. I freely give this declaration for use in this case. This declaration was executed in the state of Georgia, where I am a resident.
2. I lived and worked at the Travelodge located at 2471 Old National Parkway, College Park, GA as the general manager from 2011 until sometime around 2013. Sex trafficking and prostitution were widespread the whole time I worked there. I was never given any kind of safety or security training while I worked for Lexicon Hospitality.
3. When I worked there, I always saw women and young girls walking all over the property who looked to me like they were selling sex or trying to solicit men for sex. The whole time I worked there I tried to make the property safe, but the owners refused to take any steps to do that.
4. I would see 15–20 rooms at the motel on average being used for prostitution and sex trafficking while I worked there. More than half of those rooms with

girls in them had pimps who controlled the girls they were selling. There were at least 10 pimps selling girls at the hotel at any given time. Some had as many as five girls to a room. The girls being sold by pimps were obvious because the pimps controlled them and the girls wouldn't look at me when he was around and wouldn't speak to me. They always kept their heads down and the pimps would loiter around outside the rooms when the girls were being sold for sex. I could see that at least five or more of these girls were underage. A lot of times, they would try not to talk to me. You could tell these girls were underage because of the way they looked physically and how they seemed like they were playing dress up and couldn't walk in heels and wobbled around. I tried to talk to the young girls to tell them to get away from the Travelodge. I would see the girls and pimps bounce back and forth, usually walking, from the Travelodge to the other hotels on the street. There were men constantly coming on the property to buy sex. Easily more than 100 men buying sex in a day at motel when it was busy.

5. I constantly asked the owners to do something about the sex trafficking, prostitution and crime at the motel. I begged the owners to come stay at the motel at any time and they would see what I was telling them about how prostitution and sex trafficking were ruining the motel, but they refused to ever

stay at the motel or do anything to get rid of the prostitution, sex trafficking, and other crime. The owners told me I couldn't do anything as long as the people were paying for rooms.

6. I was given anti-sex trafficking messages and soap from nonprofits that had sex trafficking hotlines printed on the packaging to help reach victims who may be at the motel. The owners, Lexicon Hospitality, found out that I had put the flyers and soap in the rooms and got mad and made me remove all the soap and help messages from the rooms at the motel. Lexicon Hospitality allowed this activity because the profits were more important to them than the safety of the motel.
7. The last straw for me was people at the motel threw and left used condoms on my car as a message to me. I told the owners about this and said something had to change or I would quit. Nothing was done and shortly after that, I quit working there.
8. The owners of the motel rarely came by the motel, but Sadrul Amin would come to the motel about every other month and he would walk the property for a few hours with me and then leave. He saw everything I saw and described here about the motel. I told him about all the prostitution and sex trafficking going on at the motel, but he never did anything about it.

9. We hired a maintenance man once and he was buying drugs from the dealers that lived at the Travelodge. He would stay at the property and be on call. He got paid cash under the table. I would call him and he would be too high to work. He also was having sex with lots of the girls being sold at the property. I caught him many times coming out of rooms that did not have any kind of maintenance issue where I knew there were girls staying who were being sold for sex.
10. The motel had a do not rent list in the reservation system. When I put people on the do not rent list, they would often get someone else to rent the room or check in with someone else and I would see the same people staying at the motel who I had put on the do not rent list. This happened constantly and the owners didn't care. There was a man who killed himself and the room he was staying in wasn't in his name. Sometimes the girls being trafficked would be allowed to rent rooms and their IDs would show they were too young to rent a room.
11. The owners of the Travelodge owned and operated several motels including the Travelodge and the Motel 6 located at 2360 Delk Road, Marietta, GA.
12. I have read this Declaration consisting of 12 numbered paragraphs and I declare under penalty of perjury that it is true and correct.

Executed on October 8, 2025.

Docusign Envelope ID: C412E705-4077-493B-9564-E3575883D17A


Signed by:



9E2C074F709E4A0...

Milinda Price-Savannah