# DECLARATION OF

pursuant to 28 U.S.C. § 1746, and subject to the penalties of perjury declares as follows:

1. My name is I am more than twenty-one years of age, competent to testify, and have no legal or mental disability. This declaration was executed in the state of Georgia, where I am currently located.

2. I stayed at the Travelodge, located at 2471 Old National Highway, College Park, Georgia 30349, off and on from 2012-2015. I started going to the Travelodge when I was 17 in 2012.

3. At the Travelodge, I was trafficked by a pimp and worked as an independent prostitute. I met lots of other girls selling sex at the Travelodge.

4. At the Travelodge drugs and prostitution were all over the property. There were always girls dressed in skimpy clothes and there were lots of men coming in and out of the rooms for short times. A lot of the girls being sold there were very young, looking like they were in middle school or high school. They were always walking around the motel looking for men to buy them for sex at the motel.

5. There was prostitution around the clock at the Travelodge. There were also pimps at the motel. I would see these guys hanging out outside the rooms when the girls were having sex with someone inside the room.

6. The Travelodge allowed me to pay half of money for the room, go do a "play" and then pay the balance.

7. The Travelodge's policy was to not call the police for the drugs or prostitution at the motel. They would only call the police for things like fighting, breaking property, or if it really got violent, like a shootout.

8. At the Travelodge some of the guys who were pimps were real friendly with the front desk employees. Some of the pimps at the Travelodge paid the front desk employees to be lookouts for them. Employees also bought sex from the girls at the motel.

9. The owner of the motel would have seen all the same things I saw at all hotels because it was obvious.

I have read this Declaration consisting of 9 numbered paragraphs and I declare under penalty of perjury that it is true and correct.

Executed on 10-16, 2025.