# DECLARATION OF TIFFANY DAVIS

Tiffany Davis, pursuant to 28 U.S.C. § 1746, and subject to the penalties of perjury declares as follows:

1. My name is Tiffany Davis. I am more than twenty-one years of age, competent to testify, and have no legal or mental disability and have personal knowledge of the facts stated herein. I freely give this declaration for use in this case. This declaration was executed in the state of North Carolina, where I am a resident.
2. In 2013, I was an independent sex worker and lived at the Travelodge located at 2471 Old National Parkway, College Park, Georgia for about seven months. I saw dates every day at the hotel. Part of that time I was sharing a room with another girl and part of the time I had my own room. On August 4, 2013, I was brutally raped by a man who busted into my room demanding money. My wrists and ankles were tied with my curling iron cord and my pants were wrapped around my head.
3. During the time I lived at Travelodge, there were many other sex workers working out of that hotel. They would be walking around the area for dates. There were many guys who were pimps would rent hotel rooms and stand in the doorway of the room and try to recruit girls to work for them.

4. My room was on the back side of the hotel. I saw cameras at each end of the hotel on the back floor where I stayed. I personally witnessed one guy throw a beaten, naked girl out of a room, throw her clothes out, and heard him tell her she took his money, so she had to go make it on her own.
5. There was a security guard that worked at Travelodge when I was there. He was very nice and came around to all our rooms regularly to check on all of us sex workers. He went off duty and left the property around 9 PM each day. Following my attack, he came to see me and said he felt bad, saying that if he had been there, he would not have let that happen to her. He said, "you know, I always look out for all of y'all."
6. While living at the Travelodge, the general population of the area was that Travelodge was the place to be as a hot spot for prostitution. There were lots of girls selling sex there all the time.
7. It was well known by everyone there, including employees, that the drug and prostitution activity was going on every day and anyone who looked around the property could clearly see the activity.
8. I have read this Declaration consisting of eight numbered paragraphs and I declare under penalty of perjury that it is true and correct.

Executed on April 27, 2026.

Signed by:

5788648026E940A...

TIFFANY DAVIS