# DECLARATION OF WILLIE PAYTON

Willie Payton, pursuant to 28 U.S.C. § 1746, and subject to the penalties of perjury declares as follows:

1. My name is Willie Payton. I am more than twenty-one years of age, competent to testify, and have no legal or mental disability and have personal knowledge of the facts stated herein. I freely give this declaration for use in this case. This declaration was executed in the state of Georgia, where I am a resident.
2. I worked as a security guard for several months in 2013 at the Travelodge located at 2471 Old National Parkway, College Park, Georgia. I worked for a security company that contracted with the Travelodge. I worked from 8 p.m. until 5 a.m. The hotel did not have security at any other time. I turned in my notes to the security company I worked for.
3. I frequently spoke with Melinda at the front desk who worked at the hotel with her husband. They both lived and worked at the hotel.
4. The entire time I worked at the Travelodge, there were lots of prostitutes that stayed on the property and lots of prostitution and drug activity going on. I knew some of the prostitutes by name. I knew of at least one guy who was pimping at the hotel.
5. The Travelodge was a dangerous place with all the crime at the hotel. The first night I worked there I stopped a shooting between two men. Sometimes

Melinda and her husband would ask me to do things that were not part of my job, like take laundry to the laundry room, because they were too afraid of the criminals at the hotel to come out of the office at night.

6. I met a girl I knew from middle school at the hotel and she turned out to be a prostitute at the Travelodge. I also met a girl who was about 20 years old who was kidnapped and being held in a room at the Travelodge by a Hispanic man.
7. Melinda, her husband, and the housekeepers at the hotel knew there was illegal drugs and prostitution happening at the Travelodge. It was impossible not to see and we talked about it sometimes.
8. I never saw anyone from Travelodge take any steps to get rid of the drugs and prostitution at the hotel. In fact, Travelodge canceled the security contract with my company because I was putting too many people who were engaged in prostitution or drug activity out of their rooms for disturbances and the hotel was losing money from those rooms.
9. The pictures attached as Exhibit 1 are pictures I took of girls I knew who were prostitutes at the Travelodge when I worked there.
10. I have read this Declaration consisting of ten numbered paragraphs and I declare under penalty of perjury that it is true and correct.

Executed on April 28, 2026.

Signed by:
Willie Payton
9E1FD938B13D415...

WILLIE PAYTON

# Exhibit 1


ceobigpay • Follow
ceobigpay My home girl cookie on the left and Jackie on the right they hell on earth well on Travelodge lol
662w
ceobigpay @imsonarley You know narleyboipay gone look bro
662w Reply
imsonarley We on worldstarhiphop.com.go watch the video!!!
662w 1 like Reply
9 likes
August 19, 2013
Add a comment...
Post


ceobigpay • Follow
imsonarley Who that in da green
666w Reply
lovin_mrharvey Wow
666w Reply
cloudheaddriq Wae u at nigga
666w Reply
5 likes
July 20, 2013
Add a comment...
Post