# DECLARATION OF DENINE BRAND

Denine Brand, pursuant to 28 U.S.C. § 1746, and subject to the penalties of perjury declares as follows:

1. My name is Denine Brand. I am more than twenty-one years of age, competent to testify, and have no legal or mental disability and have personal knowledge of the facts stated herein. I freely give this declaration for use in this case. This declaration was executed in the state of Georgia, where I am a resident.
2. In 2017, I lived at the Travelodge located at 2471 Old National Pkwy., College Park, Georgia with my children who included my daughter, Mikayla Brand. She was 15 years old at the time.
3. I lived at Travelodge for about six months. During that time, I came to know a few of the employees, including a maintenance man named Travis Johnson. I learned that Mr. Johnson was on parole at the time he was employed at Travelodge.
4. On June 28, 2017, I learned that Mr. Johnson had been accused by my daughter of inappropriate contact and of showing her his genitals. Mr. Johnson was questioned and eventually admitted to his behavior. Following this event, I was told by management when I went to pay my rent that I could no longer stay

there and I had to move out. I felt they were trying to punish me for what their employee did to my daughter.

5. I have since learned that Travis Johnson went to prison and reoffended by committing child molestation in 2022.

6. While living at the Travelodge, I tried to keep to myself and never had any problems with anyone there. However, it was obvious that several tenants there were prostitutes, and their clothing, makeup, demeanor and activity was that of a prostitute. There was also a lot of drug sales and use at the hotel. The staff seemed very friendly with these tenants. I personally witnessed a hand-to-hand drug sale in the lobby of the hotel. There were employees going in and out of these tenants' rooms a lot for short periods of time. The maintenance workers especially visited these female tenants' rooms a lot. There were many men from the streets driving in and coming and going from these rooms.

7. It was well known by everyone there, including employees, that the drug and prostitution activity was going on every day and anyone who looked around the property could clearly see the activity.

8. I have read this Declaration consisting of eight numbered paragraphs and I declare under penalty of perjury that it is true and correct.

Executed on 08-12-2026

Denine L. Brand

DENINE BRAND