**<u>DECLARATION OF</u>**

, pursuant to 28 U.S.C. § 1746, and subject to the penalties of perjury declares as follows:

1. My name is . I am more than twenty-one years of age, competent to testify, and have no legal or mental disability and have personal knowledge of the facts stated herein. I freely give this declaration for use in this case. This declaration was executed in the state of Georgia, where I am a resident.
2. My granddaughter J.S. was a victim of sex trafficking when she was a minor, including at the Travelodge located at 2471 Old National Parkway, College Park, Georgia, 30349.
3. My granddaughter was being trafficked by Khiry Price in 2014. At the time, I went up and down Old National Parkway putting up missing person flyers with her picture and asking if anyone had seen her. I lived near there and knew the area well. I went to the Travelodge multiple times looking for J.S.
4. The first time I went to the Travelodge, I spoke to a short white woman working at the front desk. She let me put up a flyer, but seemed nervous, like she wanted to tell me something, but didn't.
5. I went back to the hotel again and asked the same woman if she had seen J.S. The woman said she was scared to say too much because she was afraid of

Docusign Envelope ID: AB14BEC7-ED92-4F2C-892B-B1C49572B197

losing her job, but said she had seen J.S. and had rented rooms to J.S.'s pimp, Price. She told me that she knew J.S. was being forced to sell sex by Price when she was there before, but she said they were not at the hotel that particular day.

6. This employee told me that she felt bad for J.S. and the other young girls being sold for sex at the Travelodge so she bought them McDonalds. She said she remembered J.S. asking for a cheeseburger no mustard or onions on it. I knew for sure then that she had seen J.S. because that is how she ordered her cheeseburgers.
7. I went back to the Travelodge multiple times, but the woman at the front desk was not there. Instead, an Indian man was working and he told me that J.S. was not there.
8. Every time I went to the Travelodge looking for J.S. it looked the same. It was an open market for sex. There were lots of young girls and older women wearing little clothing and trying to pick up men for sex. A number of these girls looked like they were still in middle school. There were men hanging out near these rooms while other men were going in and out with the young and old girls being sold.
9. Sometimes when I drove through the Travelodge looking for J.S., it looked like some of the pimps there thought I was the police and they would snatch up the

girls from where they were around the balconies or outside the room and pull them inside the rooms to hide.

10. Months later, J.S. came home. Around September 17, 2014, I was at the Church's Chicken on Old National with J.S. and we saw Price. This time he had two young boys with him, about 10 or 11 years old. He told J.S. what room he was staying in at the Travelodge. I then followed him out of the Church's Chicken and watched him go right back to the Travelodge. I called the G.B.I. and they set up a sting and arrested Price at the Travelodge the next morning.

11. I have read this Declaration consisting of 11 numbered paragraphs and I declare under penalty of perjury that it is true and correct.

Executed on February 18, 2024.